UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MITCHELL SCOTT BRODY,

        Plaintiff,        87 CV 2046

   -against-             Order

BENJAMIN WARD, New York City
Police Commissioner, et al.,
        Defendants.

- - - - - - - - - - - - - - -

Platt, D. J.

    It is determined that the plaintiff may proceed in forma pauperis. The United States Marshal shall serve a copy of the complaint, summons and order granting leave to proceed in forma pauperis upon the defendant as directed by the plaintiff. All costs of service shall be advanced by the United States.

    SO ORDERED

                             _____
                                   U.S.D.J.

Brooklyn, New York
July 16, 1987

2536